**William MAHER, Appellant,**

v.

**Ric GINN, Respondent.**

**No. WD 68042.**

Missouri Court of Appeals,
Western District.

March 18, 2008.

William Maher, Pro Se, Kansas City, MO, for appellant.

Ric Gin, Pro Se, Kansas City, MO, for respondent.

Before HARDWICK, P.J., SMART and WELSH, J.J.

**ORDER**

William Maher appeals from a judgment denying his breach of contract claims against Ric Ginn and Ric Ginn Electric, L.L.C. We affirm the judgment. Rule 84.16(b).